

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KATHLEEN DIANE JOHNSON | : | CASE # 2:23-cv-00885-MHW-CMV |
| Plaintiff | : | JUDGE WATSON |
| vs | : | |
| DONNIE DAY ET AL | : | MAGISTRATE JUDGE VASCURA |
| Defendants | | |

## PLAINTIFF KATHLEEN DIANE JOHNSON MOTION TO DENY DEFENDANTS ANN BECK AND BEN STAHLER MOTION TO DISMISS

Plaintiff Kathleen Diane Johnson moves this honorable court to deny defendants Ann Beck and Ben Stahler's motion to dismiss per Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

WHEREFORE the plaintiff moves the court to deny defendants motion to dismiss.

The following memorandum supports this motion to deny.

"I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of June, 2023

Kathleen Diane Johnson

_Kathleen Diane Johnson_
Plaintiff