**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|                          | 100 EAST FIFTH STREET, ROOM 540 |                        |
|--------------------------|---------------------------------|------------------------|
| Kelly L. Stephens        | POTTER STEWART U.S. COURTHOUSE  | Tel. (513) 564-7000    |
| Clerk                    | CINCINNATI, OHIO 45202-3988     | www.ca6.uscourts.gov   |

Filed:  January 15, 2026

Ms. Kathleen Diane Johnson
650 Ditney Ridge
Morehead, KY 40351

     Re:  Case No. 26-3037
       *Kathleen Johnson v. Donnie Day, et al*
       Originating Case No. 2:23-cv-00885

Dear Ms. Johnson,

   This appeal has been docketed as case number **26-3037** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   At this stage of the appeal, appellee should complete and file the following forms with the Clerk's office by **January 29, 2026**.  More specific instructions are printed on each form.

       Appellee:       Appearance of Counsel
                    Application for Admission to 6th Circuit Bar (if applicable)

   Appellee counsel will docket pleadings as an ECF filer.  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If counsel has not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

   The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

              Sincerely,

              s/Kelly Stephens

              Appeal Case Manager: Michelle
              Direct Dial No. 513-564-7035

cc: Ms. Molly Erin Davis

Mr. Daniel T. Downey

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3037**

KATHLEEN DIANE JOHNSON

      Plaintiff - Appellant

v.

DONNIE DAY; MORGAN STYLES; COLE PIATT; MARLA STOCKTON; ANN BECK; RANDALL DODDS, Logan County Sheriff; MAYOR BEN STAHLER, City of Bellefontaine

      Defendants - Appellees